No. 04–10655. DINGLE v. DOBSON. Sup. Ct. S. C. Certiorari denied.

No. 04–10656. CLINE v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 04–10658. ALLEN v. RESOURCE CONSULTANTS INC. ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 04–10659. BIRD v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 04–10660. ACREMANT v. OREGON. Sup. Ct. Ore. Certiorari denied. ▮

No. 04–10661. BROWNELL v. SAAR, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. C. A. 4th Cir. Certiorari denied. ▮

No. 04–10662. ALVES v. GONZALES, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 04–10664. BONAPARTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10665. MOLINA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10666. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 04–10667. TURNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 04–10668. TURNER v. HOWERTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–10669. WILSON v. PORTIER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–10671. VEGA v. UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮